**FIRST DIVISION
DOYLE, C. J.,
PHIPPS, P. J., and BOGGS, J.**

**NOTICE: Motions for reconsideration must be _physically received_ in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**October 17, 2016**

# In the Court of Appeals of Georgia

A15A0405. BARNES v. ROSEBURG FOREST PRODUCTS
COMPANY et al.

PHIPPS, Presiding Judge.

In *Roseburg Forest Products Co. v. Barnes*,[1] the Supreme Court of Georgia reversed this court's decision in *Barnes v. Roseburg Forest Products Co.*[2] Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Doyle, C. J., and Boggs, J., concur.*

---

[1] 299 Ga. 167 (787 SE2d 232) (2016).

[2] 333 Ga. App. 273 (775 SE2d 748) (2015).